IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Chelsea L. Davis**

v.

**Leslie D. Ware, Amy Abboud Ware**

NO. _____
(for making Original Proceeding, Federal Question, in Western District of Texas)

## COMPLAINT

This Complaint against Leslie D. Ware based on and Notice of Preliminary Injunction provides notice that no hearing or trial has yet been instituted under *Chelsea L. Davis v. Leslie D. Ware, and Amy Abboud Ware*, but Chelsea L. Davis seeks this preliminary injunction in the matter due to icy weather conditions and courthouse closures today to stay state court proceedings until she is able to file her Original Complaint, which she first filed in good faith, but in error, due to Leslie D. Ware's sly maneuvering, in the United States District Court for the Northern District of Texas on Dec. 18, 2013.  Chelsea L. Davis is a diligent Plaintiff.  She has not yet had the first meaningful opportunity to be heard, but she respectfully requests this Court to stay the matter in state court until she is able to drive to Waco, Texas after the weather clears to file an Original Complaint against Leslie D. Ware for more than just injunctive relief and against the State Bar of Texas and the United States District Clerk for the Eastern District of Texas for monetary damages of up to and over $75,000. I move for a continuance for good cause shown due to the closure and technical  difficulties. I provide notice herein of the filing of the

1

payment of the civil case filing fee, the complaint, the certificate of interested persons and my good faith efforts to file against Leslie Ware in 2014 to February 23, 2015.

Dated:  Feb. 23, 2015                          Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX BAR NO. 24059652
MAILING ADDRESS:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document using the United States District Court for the Eastern District of Texas's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court.

Dated:  Feb. 23, 2015                          /s/Chelsea L. Davis
                                               Chelsea L. Davis, *pro-se*


**ADDITIONAL COUNSEL 1.**     Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

**ADDITIONAL COUNSEL 2.**     Goranson Bain PLLC
ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

|  |  |
|---|---|
| **ADDITIONAL COUNSEL 3.** | Gray Reed & McGraw P.C. (*and* Looper Reed & McGraw) |

KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com

|  |  |
|---|---|
| **ADDITIONAL COUNSEL 4.** | Jeff Hall |

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

|  |  |
|---|---|
| **ADDITIONAL COUNSEL 5.** | FOX ROTHSCHILD LLP |

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

|  |  |
|---|---|
| **ADDITIONAL COUNSEL 6.** | MILLER BROWN LLP |

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

|  |  |
|---|---|
| **ADDITIONAL COUNSEL 7.** | Friedman & Feiger LLP |

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667

lfriedman@fflawoffice.com

**ADDITIONAL COUNSEL 8.**    Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900