UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
and Eastern District of Texas, etc.

Leslie D. Ware
_____
　　　　　　(Plaintiff)

　　　　　　vs                                   Case No. _____

Leslie D. Ware et al
_____
　　　　　　(Defendant)

AMENDED AFFIDAVIT IN SUPPORT

Attached hereto is an affidavit in support

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　s/  Chelsea L. Davis
　　　　　　　　　　　　Address  25 Highland Park Vlg., Ste. 100-830
　　　　　　　　　　　　　　　　Dallas, TX 75205
　　　　　　　　　　　　　　　　cdavis@chelseadavispc.com
　　　　　　　　　　　　Phone    469-426-5850
　　　　　　　　　　　　Facsimile 469-533-0466

Date  2/5/2015

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES  X   NO _____

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $  100,000.00   per month

   Employer  McKool Smith P.C. , State Bar of Texas, The Ware Firm LLC

   _____

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $_____ per month

   Employer _____

   _____

2. Is your spouse presently employed? YES  X   NO _____

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $ 1,000,000   per month

   Employer           State Bar of Texas, The Ware Firm LLC

   _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment?  YES __X__   NO _____

   (b) Rent payment, interest or dividends?  YES __X__   NO _____

   (c) Pensions, annuities, or life insurance payment?  YES __X__   NO _____

   (d) Gifts or inheritances?  YES _____   NO __X__

   (e) Any other sources?  YES _____   NO __X__

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   $10,000,000

   $6,000,000

   _____

4. How much cash do you and your spouse have? $_____.

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   Bank of America and all other banks.  $100,000,000

   _____

   _____

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address  Several homes, ranches, apartments, etc.

   Value of Home  $25,000,000

   Motor Vehicle #1 Make, Year, Model  2015 Lamborghini Aventador

   Value of Motor Vehicle #1  $450,000

3

    Motor Vehicle #2 Make, Year, Model  2014 Bugatti Veyron

    Value of Motor Vehicle #2  $1,914,000

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
   YES  X      NO _____

   If the answer is "YES", describe the property and state its approximate value.

   $100,000,000

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Sadie, Tiffany and Caroline - $1,500,000/year

   Chelsea L. Davis - $10,000,000/year

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
   YES _____   NO _____

   If yes, describe below or on an attached sheet.

10. Estimate the average monthly expenses of you and your family.  If different, list separately the amounts paid by your spouse.

    Rent or home-mortgage payment  $130,600

    Utilities (electricity, heating fuel, water, sewer, and phone)  $60,000

    Home maintenance (repairs and upkeep)  $100,000

    Food  $60,000

Clothing  $100,000

Laundry and dry-cleaning  $50,000

Medical and dental expenses  $1,000,000

Transportation (not including motor vehicle payments)  $500,000

Recreation, entertainment, newspapers, magazines, etc.  $100,000

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance  $1,000,000

    Life insurance  $1,000,000

    Health insurance  $330,000

    Motor vehicle insurance  $2000

    Other insurance  $1,000,000

Taxes (not deducted from wages or included in mortgage payments)  $250,000,000

Installment payments

    Motor vehicle  $1,000,000

    Credit card  $1,000,000

    Department store credit card  $1,000,000

    Other installment payments  $1,000,000

Alimony, maintenance and support paid to others  $10,000,000

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement)  $1,000,000

Other expenses  $10,000,000

/s/Chelsea L. Davis
———————————————————————
Signature